IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANDREW JAMISON                                                                          PETITIONER

V.                                                                        NO. 3:21-CV-00014-GHD-DAS

STATE OF MISSISSIPPI                                                                   RESPONDENT

## ORDER TRANSFERRING CASE TO THE
## FIFTH CIRCUIT COURT OF APPEALS

This matter comes before the Court, *sua sponte*, for consideration of the transfer of this cause. Petitioner Andrew Jamison has submitted a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. Doc. # 1. The petitioner was convicted and sentenced on charges of attempted armed robbery and possession of a stolen firearm in the Circuit Court of DeSoto County, Mississippi. Jamison has filed at least one other unsuccessful § 2254 petition concerning the same conviction which he now seeks to challenge. *See Jamison v. Byrd, et al.*, 2:07-CV-00008-MPM-SAA.

The Antiterrorism and Effective Death Penalty Act requires that before a district court considers a second or successive petition, "the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Jamison has failed to obtain such authorization. Rather than dismissing Jamison's petition on this basis, the Fifth Circuit has allowed district courts to transfer the petition for consideration pursuant to 28 U.S.C. § 2244(a) and (b)(3)(C). *See In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

Therefore, in the interest of justice and judicial economy, it is hereby **ORDERED**:

1) That this petition shall be **TRANSFERRED** to the Fifth Circuit Court of Appeals for the petitioner to seek permission to file his successive § 2254 petition;

2) That the Clerk of Court is directed to transfer this petition and the entire record to the Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(a) and (b)(3)(C), and *In re Epps*, 127 F.3d at 365;

3) That Jamison's pending motion to proceed *in forma pauperis* [2] is **dismissed as moot**; and

4) That this case is **CLOSED**.

This, the 27th day of January, 2021.

_____
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**